# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. 3:12-CR-00392-8-MO |
|---|---|
| Plaintiff, | ORDER ALLOWING RELEASE |
| vs. | |
| RODNEY GAYLIN TATE, | |
| Defendant. | |

Having considered Defendant's Unopposed Motion for Early Release to Residential Reentry Center,

IT IS HEREBY ORDERED that defendant's Sentence is amended as to the period of incarceration in the Bureau of Prisons as follows: Defendant is sentenced to time served. The remainder of the Judgment and Commitment remain in full effect.

DATED this _18th_ day of March, 2020.

_____
The Honorable Michael Mosman
U.S. DISTRICT COURT JUDGE

Order prepared by:
Erik E. Eklund, OSB #075760
333 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 782-4795
Email: erikeklundlaw@gmail.com
Attorney For Defendant

Page 1- ORDER MODIFYING SENTENCE